UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

David Henry,                                    Civil No. 12-02776(DSD/JJK)

    Petitioner,

v.                                            **ORDER**

Federal National Mortgage Association,

    Defendant.

_____

The above matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 6, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed <u>in forma pauperis</u>, (Doc. No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 4, 2013                  s/David S. Doty_____
                                             David S. Doty, Judge
                                             United States District Court